<span style="float:right">THE STATE<br>v.<br>DEPUTY.</span>

---

THE STATE *v.* DEPUTY.—In error.

AN indictment for usury, under the statute of 1833, charged that the defendant on, &c. at, &c. *received* from one *A. B.* the sum of 176 dollars for the loan, use, forbearance, and giving day of payment, of the sum of 200 dollars lent and advanced by the defendant to the said *A. B.*, from the 20th

<span style="float:right">*Wednesday,*<br>*May 22.*</span>

May Term, 1839.

of *December*, 1834, until the 9th of *June*, 1836 ; which sum of 176 dollars so *received*, &c. exceeds the rate of 10 dollars for the forbearance for one year a large sum, viz., &c. (1).

*Held*, that this description of the offence was sufficient.

(1) So much of the former statute regulating interest, &c. as allowed a higher rate than six *per cent. per annum* to be contracted for, is now repealed. Acts of 1842, p. 91.